UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 18-141** |
| **PHILLIP GUIDRY** | **SECTION: M** |

## NOTICE OF REARRAIGNMENT

Take Notice that this criminal case has been set for **REARRAIGNMENT** on **FEBRUARY 7, 2019, at 10:00 a.m.,** before Judge Barry W. Ashe, 500 Poydras Street, Courtroom C-351, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**
**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM   FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

NOTICE TO DEFENDANTS AND COUNSEL: After the defendant has entered a guilty plea, the U.S. Probation Office shall complete and provide to the Court a Presentence Investigation and Report (PSI). Any defendant on bond and his or her attorney shall report to the U.S. Probation Office immediately following the conclusion of the rearraignment proceeding for an initial interview and to schedule any subsequent interviews. If a defendant on bond and his or her defense counsel are unable to report to the U.S. Probation Office immediately following the defendant's change of plea, defense counsel must make alternate arrangements with the U.S. Probation Officer prior to leaving the courthouse following the rearraignment proceeding.

| | |
|---|---|
| Date:  January 2, 2019 | WILLIAM W. BLEVINS, CLERK<br>Issued by: Kimberly County, Deputy Clerk |
| TO: | |
| PHILLIP GUIDRY | AUSA DAVID H. SINKMAN |
| **COUNSEL FOR GUIDRY:** | |
| JAMES PHILLIP MANASSEH<br>jimmy@manassehandgill.com | U.S. Marshal |
| | U.S. Probation Office - Pretrial Services Unit |
| ANDRE' ROBERT BELANGER<br>andre@manassehandgill.com | **JUDGE ASHE** |
| IAN FRANCIS HIPWELL<br>ian@manassehandgill.com | **MAGISTRATE JUDGE** |
| | COURT REPORTER COORDINATOR |
| WILLIAM ROBERT GILL<br>robby@manassehandgill.com | INTERPRETER: None |