UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 18-141 |
| v. | * | SECTION: "M" |
| PHILLIP GUIDRY | * | |
| * * * | | |

## FACTUAL BASIS

Should this matter have gone to trial, the government would have proved through the introduction of competent testimony and admissible tangible exhibits, including documentary evidence, the following to support the allegations charged by the government in the one count Indictment now pending against the defendant, **PHILLIP GUIDRY** (hereinafter "**GUIDRY**").

**GUIDRY**, who has a prior felony conviction, was arrested by personnel of the Louisiana State Police ("LSP") and Homeland Security Investigations ("HSI") on March 2, 2018, on an outstanding extraditable warrant from Missouri for a felon firearm possession charge. Pursuant to verbal and written consent from **GUIDRY**'s wife, Ms. Kaycee Guidry, LSP and HSI officers searched the home **GUIDRY** and his wife share in Loranger, Louisiana that same day.

During this search, LSP and HSI officers found six firearms in the **GUIDRY**'s home. The firearms **GUIDRY** possessed on March 2, 2018 include an Arcus 9mm pistol, 98DAC, with serial number 33BC400164; a Tangfoglio 9mm pistol, model Witness, with serial number AC14711; a Remington model 1100, 12 gauge shotgun, with serial number 427580V; a Browning 12 gauge shotgun, with serial number 366148; and a Marlin 410 gauge shotgun, with an unknown serial number. ATF SA Matthew Lindberg has determined that each of these five firearms was manufactured outside of Louisiana. Therefore, these five firearms had to travel in and affect

interstate and foreign commerce.   Furthermore, each of the firearms possessed by **GUIDRY** on March 2, 2018, is a weapon that will expel a projectile by the action of an explosive, and is considered a "firearm" under Title 18, United States Code, Section 921(3).

**READ AND APPROVED:**

_____
PHILLIP GUIDRY          [date]
Defendant

_____
IAN HIPWELL             [date]
Counsel for Defendant

_____
DAVID HOWARD SINKMAN    [date]
Assistant United States Attorney